# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cogan, Brian M. | U.S. District Court, ED of NY | 05/10/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

US Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of the Board of Trustees | Brooklyn Queens Conservatory of Music |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Hogan Lovells US LLP, Attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Amex Platinum | Credit Card | L |
| 2. | Chase Visa | Credit Card | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMorgan Chase Bank account | A | Interest | M | T | | | | | |
| 2. Compark Owners Corp., stock, (preferred) | A | Dividend | J | U | | | | | |
| 3. Brokerage Account #8 (H) | | | | | | | | | |
| 4. - JP Morgan TR I NY Muni Money MKT Fund | A | Dividend | J | T | | | | | |
| 5. - Franklin Templeton Funds NY Tax Free Income | A | Dividend | K | T | | | | | |
| 6. Brokerage Account #10 (H) | | | | | | | | | |
| 7. - AMG Southernsun US Equity | | None | | | Closed | 01/15/15 | J | | |
| 8. - Causeway International Value Fund | | None | | | Closed | 01/15/15 | J | | |
| 9. - Cullen High Dividend Equity Fund | | None | | | Closed | 01/15/15 | J | | |
| 10. - Doubleline FDS TR Total Return BD FD CL N | A | Dividend | | | Closed | 01/15/15 | K | | |
| 11. - Guggenheim Mid Cap Value | | None | | | Closed | 01/15/15 | J | | |
| 12. - JH Large CAP Equity FD CL A | | None | | | Closed | 01/15/15 | J | | |
| 13. - Oakmark International Fund | | None | | | Closed | 01/15/15 | J | | |
| 14. - Janus Invt Fund | | None | | | Closed | 01/15/15 | J | | |
| 15. - Oppenheimer International Growth Fund Cl A | | None | | | Closed | 01/15/15 | J | | |
| 16. - PIMCO High Yield Fund Cl A | A | Dividend | | | Closed | 01/15/15 | K | | |
| 17. -Ishares Core US Aggregate Bd | | None | | | Closed | 01/15/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Ishares Trust Russell Midcap Index Fund (ETFS) | | None | | | Closed | 01/15/15 | J | | |
| 19. - Ishares Russell 2000 Growth Index Fund (ETFS) | | None | | | Closed | 01/15/15 | J | | |
| 20. -Ishares US Basic Materials | | None | | | Closed | 01/15/15 | J | | |
| 21. - Powershares DB Commodity Index | | None | | | Closed | 01/15/15 | J | | |
| 22. - SPDR Gold TR | | None | | | Closed | 01/15/15 | J | | |
| 23. - SPDR Dow Jones REIT | | None | | | Closed | 01/15/15 | J | | |
| 24. - JPMorgan TR I Prime Money Mkt FD | A | Dividend | | | Closed | 01/15/15 | J | | |
| 25. Brokerage Statement #16 (H) | | | | | | | | | |
| 26. - JPMorgan Money Market | | None | | | Closed | 01/08/15 | J | | |
| 27. Brokerage Statement #17 (H) | | | | | | | | | |
| 28. - JPMorgan Money Market | | None | | | Closed | 01/15/15 | J | | |
| 29. Brokerage Statement #18 (H) | | | | | | | | | |
| 30. - Raymond James Bank | A | Int./Div. | K | T | | | | | |
| 31. -AMG GW&K Municipal Bond Fund Investor CL N/L | B | Dividend | L | T | Buy | 12/21/15 | L | | |
| 32. - AMG Southernsun US Equity | B | Dividend | K | T | | | | | |
| 33. - Alger Capital Appreciation Instl Portfolio | C | Dividend | K | T | | | | | |
| 34. - AMG Yacktman Focused | | None | | | Sold | 05/12/15 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Artisan International Value fund Inv Shs | C | Dividend | L | T | Buy (add'l) | 05/15/15 | J | | |
| 36. -Causeway International Value Fund Investor Class | A | Dividend | J | T | | | | | |
| 37. - Columbia FDS SER TR Small Cap Value II FD CL A | B | Dividend | J | T | | | | | |
| 38. - Columbia FDS SER TR II Mass Select Large Cap Value | B | Dividend | K | T | | | | | |
| 39. -Cullen High Dividend Equity Fund | B | Dividend | K | T | | | | | |
| 40. - Oakmark International Fund | B | Dividend | K | T | Buy (add'l) | 05/15/15 | J | | |
| 41. - JPMorgan Strategic Income Opptys Fund CL A | C | Dividend | L | T | Sold (part) | 12/16/15 | L | A | |
| 42. -Lazard Emerging Markets Port Open SHS | A | Dividend | J | T | | | | | |
| 43. - Lord Abbett Short Duration Income Fund CL F N/L (Formerly Class A) | C | Dividend | L | T | | | | | See Note in Part VIII |
| 44. - Managed Portfolio Ser Tortois MLP & Pipeline Fd Inv | A | Dividend | | | Sold (part) | 08/19/15 | K | A | |
| 45. | | | | | Sold | 12/16/15 | K | A | |
| 46. - Matthews Pacific Tiger Fund | C | Dividend | K | T | | | | | |
| 47. -Oppenheimer International Growth Fund- CL A | A | Dividend | L | T | Buy (add'l) | 05/15/15 | K | | |
| 48. PIMCO Income Fund Class P N/L (Formerly Class D) | D | Dividend | L | T | | | | | See Note in Part VIII |
| 49. - Ishare Trust Russell Mid Cap ETF | A | Dividend | K | T | | | | | |
| 50. - Ishares NASDAQ Biotechology Index Fd | A | Dividend | K | T | | | | | |
| 51. - Ishares Trust Russell 1000 VAL ETF | A | Dividend | J | T | Buy | 05/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 7 of 16

Name of Person Reporting

Cogan, Brian M.

Date of Report

05/10/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Ishares Trust Russell 1000 Growth Index | A | Dividend | K | T | Buy (add'l) | 05/15/15 | J | | |
| 53. - Ishares Trust Russell 1000 ETF | A | Dividend | K | T | Buy | 08/24/15 | K | | |
| 54. - Ishares Trust Core S&P SCP | A | Dividend | K | T | | | | | |
| 55. - Ishares US Basic Materials | A | Dividend | | | Sold | 05/12/15 | K | C | |
| 56. - Powershares QQQ Trust Unit Series 1 | A | Dividend | K | T | Buy | 08/24/15 | K | | |
| 57. - Sector SPDR Trust SBI Int Financial | A | Dividend | K | T | | | | | |
| 58. - Sector SPDR Trust SBI Int Technology | A | Dividend | K | T | | | | | |
| 59. - SPDR Dow Jones REIT ETF | A | Dividend | | | Sold | 05/13/15 | J | A | |
| 60. - Sector SPDR Trust Shs Ben Int Industrial | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 61. Brokerage Statement #19 (H) | | | | | | | | | |
| 62. - Raymond James Bank | A | Int./Div. | K | T | | | | | |
| 63. - AMG GW&K Municipal Bond Fund Investor Class N/L | B | Dividend | L | T | Buy | 12/21/15 | L | | |
| 64. AMG Southernsun US Equity | B | Dividend | K | T | | | | | |
| 65. - Alger Capital Appreciation Instl Portfolio | C | Dividend | K | T | | | | | |
| 66. AMG Yacktman Focused | | None | | | Sold | 05/12/15 | K | D | |
| 67. - Artisan International Value Fund Inv Shs | C | Dividend | L | T | Buy (add'l) | 05/15/15 | K | | |
| 68. - Columbia FDS SER TR Small Cap Value II FD | B | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Columbia FDS SER TR II MASS Select Large Cap Value | B | Dividend | L | T | | | | | |
| 70. - Cullen High Dividend Equity Fund | B | Dividend | K | T | | | | | |
| 71. - Oakmark International Fund | B | Dividend | K | T | Buy (add'l) | 05/15/15 | K | | |
| 72. -JPMorgan TR I Strategic Incm | D | Dividend | L | T | Sold (part) | 12/16/15 | L | A | |
| 73. -Lazard Emerging Markets Port Open SHS | A | Dividend | K | T | | | | | |
| 74. - Lord Abbett Short Duration Income Fund Cl F N/L(Formerly Class A) | C | Dividend | L | T | | | | | See Note in Part VIII |
| 75. -Matthews Pacific Tiger Fund | C | Dividend | K | T | | | | | |
| 76. - Managed Portfolio Ser Tortois MLP & Pipeline FD inv | A | Dividend | | | Sold (part) | 08/19/15 | K | A | |
| 77. | | | | | Sold | 12/16/15 | K | A | |
| 78. -Oppenheimer International Growth Fund-CL A | A | Dividend | L | T | Buy (add'l) | 05/15/15 | K | | |
| 79. - Payden Invt Group High Income Fd | B | Dividend | K | T | | | | | |
| 80. PIMCO Income Fund Class P N/L (Formerly Class D) | C | Dividend | K | T | | | | | See Note in Part VIII |
| 81. -Ishares Russell Mid Cap ETF | A | Dividend | K | T | | | | | |
| 82. - Ishares NASDAQ Biotechnology Index Fd | A | Dividend | K | T | | | | | |
| 83. - Ishares Trust Russell 1000 Val ETF | A | Dividend | J | T | Buy | 05/15/15 | K | | |
| 84. - Ishares Trust Russell 1000 Growth Index | A | Dividend | L | T | Buy (add'l) | 05/15/15 | K | | |
| 85. - Ishares Trust Russell 1000 ETF | A | Dividend | K | T | Buy | 08/24/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Ishares Core S&P Small Cap | A | Dividend | J | T | | | | | |
| 87. - Powershares QQQ Trust Unit Series 1 | A | Dividend | K | T | Buy | 08/24/15 | K | | |
| 88. - Ishares US Basic Materials | A | Dividend | | | Sold | 05/12/15 | K | D | |
| 89. -SPDR Dow Jones REIT ETF | A | Dividend | | | Sold | 05/12/15 | K | B | |
| 90. - Sector SPDR Trust SHS Int - Financial | A | Dividend | K | T | | | | | |
| 91. - Sector SPDR Trust SHS Ben Int Technology | A | Dividend | K | T | | | | | |
| 92. - Sector SPDR Trust SHS Ben Int Industrial | A | Dividend | | | Sold | 08/19/15 | K | D | |
| 93. Brokerage Statement #20 (H) | | | | | | | | | |
| 94. - Raymond James Bank | | None | J | T | Open | 01/15/15 | J | | |
| 95. - AMG Southernsun U.S. Equity | A | Dividend | J | T | Open | 01/15/15 | J | | |
| 96. - Causeway International Value | A | Dividend | J | T | Open | 01/15/15 | J | | |
| 97. - Cullen High Dividend Equity Fund | A | Dividend | J | T | Open | 01/15/15 | J | | |
| 98. - Doubleline Total Return BD FD CL N | A | Dividend | K | T | Open | 01/15/15 | K | | |
| 99. - Guggenheim Mid Cap Value | B | Dividend | J | T | Open | 01/15/15 | J | | |
| 100. - JH Large CAP Equity FD CL A | A | Dividend | J | T | Open | 01/15/15 | J | | |
| 101. - Oakmark International Fund | A | Dividend | J | T | Open | 01/15/15 | J | | |
| 102. - Janus Invt Fund | B | Dividend | K | T | Open | 01/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Oppenheimer International Growth Fund Cl A | A | Dividend | J | T | Open | 01/15/15 | J | | |
| 104.  - PIMCO High Yield Fund Cl P (Formerly Class D) | B | Dividend | K | T | Open | 01/15/15 | K | | See Note in Part VIII |
| 105.  - Ishares Core US Aggregate Bd | A | Dividend | J | T | Open | 01/15/15 | J | | |
| 106.  - Ishares Trust Russell Midcap ETF | A | Dividend | J | T | Open | 01/15/15 | J | | |
| 107.  - Ishares Trust Russell 2000 Growth ETF | A | Dividend | J | T | Open | 01/15/15 | J | | |
| 108.  - Ishares Trust U.S. Basic Materials | A | Dividend | J | T | Open | 01/15/15 | J | | |
| 109.  - Powershares DB Commodity Index | | None | J | T | Open | 01/15/15 | J | | |
| 110.  - SPDR Gold TR | | None | J | T | Open | 01/15/15 | J | | |
| 111.  - SPDR DOW Jones REIT | A | Dividend | J | T | Open | 01/15/15 | J | | |
| 112.  Retirement Plan for Partners #4 (H) | E | Int./Div. | O | T | | | | | |
| 113.  - FID Contrafund K | | | | | Buy (add'l) | 12/31/15 | J | | |
| 114.  - FID Growth Co K | | | | | Buy (add'l) | 12/31/15 | J | | |
| 115.  - TRP Inst SM CAP | | | | | Buy (add'l) | 12/31/15 | K | | |
| 116.  - Intl Equity Fund | | | | | Buy (add'l) | 12/31/15 | L | | |
| 117.  - FID Emerging Mkts K | | | | | Buy (add'l) | 12/31/15 | J | | |
| 118.  - NB Kaminsky III | | | | | Buy (add'l) | 12/31/15 | J | | |
| 119.  - NB Kaminsky II | | | | | Buy (add'l) | 12/31/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - MIP CL 2 | | | | | Buy (add'l) | 12/31/15 | K | | |
| 121.  IRA # 5 (H) | F | Int./Div. | P1 | T | | | | | |
| 122.  - Raymond James Bank | | | | | | | | | |
| 123.  -AMG Southernsun US Equity | | | | | | | | | |
| 124.  - Alger Capital Appreciation Instl Portfolio | | | | | | | | | |
| 125.  - Artisan International Value fund Inv Shs | | | | | Buy (add'l) | 05/15/15 | J | | |
| 126.  - Columbia FDS SER TR Small Cap Value II FD CL A | | | | | | | | | |
| 127.  - Columbia FDS SER TR II Mass Select Large Cap Value | | | | | | | | | |
| 128.  - Doubleline Total Return Bond Fund | | | | | | | | | |
| 129.  - Oakmark International Fund | | | | | Buy (add'l) | 05/13/15 | J | | |
| 130.  - Lazard Emerging Markets Port Open SHS | | | | | | | | | |
| 131.  - Lord Abbett Short Duration Income Fund CL F (Formerly Class A) | | | | | | | | | See Note in Part VIII |
| 132.  - Matthews Pacific Tiger Fund | | | | | | | | | |
| 133.  -Oppenheimer International Growth Fund-CL A | | | | | Buy (add'l) | 05/15/15 | K | | |
| 134.  -Oppenheimer Internation Bond Fund CL-A | | | | | Sold | 12/16/15 | K | A | |
| 135.  - PIMCO Income Fund Class P (Formerly Class D) | | | | | | | | | See Note in Part VIII |
| 136.  - PIMCO High Yield Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - Riverpark/Wedgewood Fund Retail CL. | | | | | | | | | |
| 138.  - Vanguard Short Term Corporate Bond Index FD | | | | | Buy | 12/17/15 | K | | |
| 139.  - Ishares Trust Russell Mid Cap ETF | | | | | | | | | |
| 140.  - Ishares NASDAQ Biotechology Index Fd | | | | | | | | | |
| 141.  -Ishares Trust Russell 1000 Value ETF | | | | | Buy (add'l) | 05/15/15 | J | | |
| 142.  - Ishares Trust Russell 1000 Growth Index | | | | | Buy (add'l) | 05/15/15 | J | | |
| 143.  - Ishares Trust Russell 1000 ETF | | | | | Buy | 08/24/15 | K | | |
| 144.  - Ishares Trust Core S&P Small Cap ETF | | | | | | | | | |
| 145.  - Ishares US Basic Materials | | | | | Sold | 05/12/15 | K | D | |
| 146.  - Powershares QQQ Trust Unit Series 1 | | | | | Buy | 08/24/15 | K | | |
| 147.  - Sector SPDR Trust SBI Int-Financial | | | | | | | | | |
| 148.  - Sector SPDR Trust SBI Int- Technology | | | | | | | | | |
| 149.  - Sector SPDR Trust SBI Int- Industrial | | | | | Sold | 08/19/15 | K | D | |
| 150.  - Managed Portfolio Ser Tortois MLP & Pipeline Fd Inv | | | | | Sold (part) | 08/19/15 | K | A | |
| 151. | | | | | Sold | 12/16/15 | J | A | |
| 152.  - SPDR Dow Jones REIT ETF | | | | | Sold | 05/12/15 | K | B | |
| 153.  IRA #6 (H) | F | Int./Div. | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Raymond James Bank | | | | | | | | | |
| 155. - AMG Southernsun US Equity | | | | | | | | | |
| 156. - Alger Capital Appreciation Instl Portfolio | | | | | | | | | |
| 157. - Artisan International Value fund Inv Shs | | | | | Buy (add'l) | 05/15/15 | J | | |
| 158. - Columbia FDS SER TR Small Cap Value II FD CL A | | | | | | | | | |
| 159. - Columbia FDS SER TR II Mass Select Large Cap Value | | | | | | | | | |
| 160. - Oakmark International Fund | | | | | Buy (add'l) | 05/15/15 | J | | |
| 161. -Lazard Emerging Markets Port Open SHS | | | | | | | | | |
| 162. - Lord Abbett Short Duration Income Fund CL F (Formerly Class A) | | | | | | | | | See Note in Part VIII |
| 163. - Matthews Pacific Tiger Fund | | | | | | | | | |
| 164. - Metropolitan West Total Return Bond Fund Retail Class | | | | | Buy | 12/21/15 | K | | |
| 165. - Oppenheimer International Growth Fund- CL A | | | | | Buy (add'l) | 05/15/15 | K | | |
| 166. - Oppenheimer International Bond Fund -CL A | | | | | Sold (part) | 08/03/15 | J | A | |
| 167. | | | | | Sold | 12/16/15 | K | A | |
| 168. - PIMCO Income Fund Class P (Formerly Class D) | | | | | | | | | See Note in Part VIII |
| 169. - PIMCO High Yield Fund | | | | | | | | | |
| 170. - Riverpark/Wedgewood Fund Retail CL | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Ishares Russell Mid Cap ETF | | | | | | | | | |
| 172. - Ishares NASDAQ Biotechology Index Fd | | | | | | | | | |
| 173. -Ishares Trust Russell 1000 Value ETF | | | | | Buy (add'l) | 05/15/15 | J | | |
| 174. | | | | | Sold (part) | 07/29/15 | J | A | |
| 175. - Ishares Trust Russell 1000 Growth Index | | | | | Buy (add'l) | 05/15/15 | J | | |
| 176. - Ishares Trust Russell 1000 ETF | | | | | Buy | 08/24/15 | K | | |
| 177. - Ishares Core S&P Small Cap ETF | | | | | | | | | |
| 178. - Ishares US Basic Materials | | | | | Sold | 05/12/15 | L | D | |
| 179. - Powershares QQQ Trust Unit Series 1 | | | | | Buy | 08/24/15 | K | | |
| 180. - Sector SPDR Trust SBI Int - Financial | | | | | | | | | |
| 181. - Sector SPDR Trust SBI Int - Technology | | | | | | | | | |
| 182. - Sector SPDR Trust SBI Int- Industrial | | | | | Sold | 08/19/15 | L | D | |
| 183. - SPDR Dow Jones REIT ETF | | | | | Sold | 05/12/15 | K | B | |
| 184. - Managed Portfolio Ser Tortois MLP & Pipeline Fd Inv | | | | | Sold (part) | 08/19/15 | K | A | |
| 185. | | | | | Sold | 12/16/15 | K | A | |
| 186. College Access 529 Plan #3 (H) | None | | | | | | | | |
| 187. - Value Stock Index Portfolio | | | | | Closed | 12/3/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, page 6, Line 43; the name of the asset "Lord Abbett Short Duration Income Fund" was changed to "Lord Abbett Short Duration Income Fund CL F N/L."

2) Part VII, page 6, Line 48; the name of the asset "Pimco Income Fund Class D" was changed to "Pimco Income Fund Class P N/L."

3) Part VII, page 8, Line 74; the name of the asset "Lord Abbett Short Duration Income Fund" was changed to "Lord Abbett Short Duration Income Fund CL F N/L."

4) Part VII, page 8, Line 80; the name of the asset "Pimco Income Fund Class D" was changed to "Pimco Income Fund Class P N/L."

5) Part VII, page 9, Line 104; the name of the asset "Pimco High Yield Fund Class A" was changed to "Pimco High Yield Fund Class P."

6) Part VII, page 11, Line 131; the name of the asset "Lord Abbett Short Duration Income Fund" was changed to "Lord Abbett Short Duration Income Fund CL F N/L."

7) Part VII, page 11, Line 135; the name of the asset "Pimco High Yield Fund Class A" was changed to "Pimco High Yield Fund Class P."

8) Part VII, page 13, Line 162; the name of the asset "Lord Abbett Short Duration Income Fund" was changed to "Lord Abbett Short Duration Income Fund CL F N/L."

9) Part VII, page 13, Line 168; the name of the asset "Pimco High Yield Fund Class A" was changed to "Pimco High Yield Fund Class P."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brian M. Cogan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544